# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN HARRISON** | : CIVIL ACTION |
| | : |
| v. | : NO. 16-3530 |
| | : |
| **HEALTH NETWORK LABORATORIES LIMITED PARTNERSHIP,** and **LEHIGH VALLEY HEALTH NETWORK, INC.** | |

## ORDER

**AND NOW**, this 9th day of January 2017, upon consideration of the plaintiff's motion to remand and all responses thereto, it is hereby ORDERED that the motion [Doc. 12] is **DENIED**.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.

1