# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN HARRISON** | : CIVIL ACTION |
| | : |
| v. | : NO.   16-3530 |
| | : |
| **HEALTH NETWORK LABORATORIES LIMITED PARTNERSHIP, and LEHIGH VALLEY HEALTH NETWORK, INC.** | |

## ORDER

**AND NOW**, this 10th day of March, 2017, upon consideration of the plaintiff's motion to amend and all responses thereto, it is hereby **ORDERED** that the motion [Doc. 26] is **GRANTED**.

It is further **ORDERED** that plaintiff shall file an amended complaint containing the proper heading within five (5) days of the entry of this Order.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.