# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN HARRISON** | : **CIVIL ACTION** |
| | : |
| v. | : NO. 16-3530 |
| | : |
| **HEALTH NETWORK LABORATORIES** | : |
| **LIMITED PARTNERSHIP, and** | : |
| **LEHIGH VALLEY HEALTH NETWORK,** | : |
| **INC.** | |

## ORDER

**AND NOW**, this 21st day of March, 2017, upon consideration of the plaintiff's motion for reconsideration and all responses thereto, it is hereby **ORDERED** that the motion [Doc. 19] is **GRANTED**.

It is further **ORDERED** that the Court's Order of January 9, 2017 [Doc. 17] is **VACATED**.

It is further **ORDERED** that the plaintiff's motion to remand [Doc. 12] is **GRANTED**.

It is further **ORDERED** that the Clerk is **DIRECTED** to remand this matter to the Court of Common Pleas of Lehigh County.

It is further **ORDERED** that the defendants' motion to dismiss [Doc. 3] is **DENIED** without prejudice to renewing the motion in the Court of Common Pleas of Lehigh County.

                                          **BY THE COURT:**

                                          **/s/ Jeffrey L. Schmehl**
                                          **JEFFREY L. SCHMEHL, J.**